February 2006                                                                 2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re                                                                                          CHAPTER: **7**
**Delgado, Armando Francico Jr.**
                                                                    Debtor(s).    CASE NO.:

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Delgado, Armando Francico Jr.**                                  , the debtor in this case, declare under penalty
   *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Delgado, Cheryl**                                               , the debtor in this case, declare under penalty
   *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☒ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **December 17, 2010**    Signature */s/ **Armando Francico Delgado, Jr.***
                                                                                                                        *Debtor*

Date: _____    Signature _____
                                                                                                           *Joint Debtor (if any)*

# Covert Investigation Agency Inc.

234 Andre Street
Fed. Tax I.D. : 43-2050909
(626) 975-1171

**YEAR 2010**

|  | JUNE | JULY | AUG |
|---|---|---|---|
| **PROFIT & LOSS** | **MONTH 6** | **MONTH 7** | **MONTH 8** |
| OPERATING EXPENSE-MEALS | $507.00 | $484.00 | $510.00 |
| ADVERTISING | $122.00 | $122.00 | $122.00 |
| AMORIZAATION | $25.00 | $25.00 | $25.00 |
| AUTO EXPENSE | $1,150.00 | $1,150.00 | $1,150.00 |
| AUTO INSURANCE | $217.00 | $217.00 | $217.00 |
| CREDIT CARDS | $210.00 | $0.00 | $210.00 |
| BANK CHARGES | $25.00 | $25.00 | $25.00 |
| LATE CHARGES | $200.00 | $200.00 | $200.00 |
| DUES AND SUBSCRIPTIONS | $50.00 | $50.00 | $50.00 |
| INSURANCE | $100.00 | $100.00 | $100.00 |
| INTEREST | $20.00 | $20.00 | $20.00 |
| OFFICE EXPENSES | $200.00 | $200.00 | $200.00 |
| OFFICE RENT | $700.00 | $700.00 | $700.00 |
| REPAIRS AND MAINTENANCE | $100.00 | $100.00 | $100.00 |
| SALARY WAGES | $2,500.00 | $2,500.00 | $2,500.00 |
| SUBS/ INFO PROVIDERS | $3,965.50 | $5,588.25 | $2,885.88 |
| TAXES AND LICENSES | $45.00 | $45.00 | $45.00 |
| TELEPHONE-INTERNET-CABLE | $150.00 | $150.00 | $150.00 |
| CELL PHONE | $128.00 | $128.00 | $128.00 |
| UTILITIES | $125.00 | $125.00 | $125.00 |
| LOANS | $300.00 | $300.00 | $300.00 |
| ALARM-SECURITY SYSTEM | $40.00 | $40.00 | $40.00 |
|  |  |  |  |
| **TOTAL EXPENSES** | $10,879.50 | $12,269.25 | $9,802.88 |
| **SALES/RECEIVABLES** | $3,389.00 | $5,197.50 | $4,603.50 |
| **MONTHLY LOSS** | **$7,490.50** | **$7,071.75** | **$5,199.38** |

# Covert Investigation Agency Inc.

234 Andre Street
Fed. Tax I.D. : 43-2050909
(626) 975-1171

**YEAR 2010**

| PROFIT & LOSS | SEP<br>MONTH 9 | OCT<br>MONTH 10 | NOV<br>MONTH 11 |
|---|---|---|---|
| OPERATING EXPENSE-MEALS | $500.00 | $500.00 | $500.00 |
| ADVERTISING | $122.00 | $122.00 | $122.00 |
| AMORIZAATION | $25.00 | $25.00 | $25.00 |
| AUTO EXPENSE | $1,150.00 | $1,150.00 | $1,150.00 |
| AUTO INSURANCE | $217.00 | $217.00 | $217.00 |
| BANK CHARGES | $25.00 | $25.00 | $25.00 |
| LATE CHARGES | $200.00 | $200.00 | $200.00 |
| DUES AND SUBSCRIPTIONS | $50.00 | $50.00 | $50.00 |
| INSURANCE | $100.00 | $100.00 | $100.00 |
| INTEREST | $20.00 | $20.00 | $20.00 |
| OFFICE EXPENSES | $200.00 | $200.00 | $200.00 |
| OFFICE RENT | $700.00 | $700.00 | $700.00 |
| REPAIRS AND MAINTENANCE | $100.00 | $100.00 | $100.00 |
| SALARY WAGES | $2,500.00 | $2,500.00 | $2,500.00 |
| SUBCONTRACTORS | $1,960.25 | $3,216.00 | $3,718.00 |
| TAXES AND LICENSES | $45.00 | $45.00 | $45.00 |
| TELEPHONE-INTERNET-CABLE | $150.00 | $150.00 | $150.00 |
| CELL PHONE | $128.00 | $128.00 | $128.00 |
| UTILITIES | $125.00 | $125.00 | $125.00 |
| LOANS | $300.00 | $300.00 | $300.00 |
| ALARM-SECURITY SYSTEM | $40.00 | $40.00 | $40.00 |
| **TOTAL EXPENSES** | $8,657.25 | $9,913.00 | $10,415.00 |
| **SALES/RECEIVABLES** | $3,582.00 | $4,768.20 | $7,555.00 |
| **LOSS** | **$5,075.25** | **$5,144.80** | **$2,860.00** |

**Ralphs**

Pay Period From 10/25/10 To 10/31/10     Pay Date: 11/05/10

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 38.60 | 58.7500 | 2,267.75 | ---Gross---- | 2,267.75 | 113,106.04 |
| HSE ER Post | | | 34.09 | Federal Tax | 275.06 | 14,607.07 |
| GTL Prem | | | 4.64 | Soc Sec W/H | 15.23 | 6,621.60 |
| | | | | Medicare W/H | 31.17 | 1,576.21 |
| | | | | CA Calif Sta | 107.89 | 5,501.69 |
| | | | | CA Calif SDI | | 1,026.48 |
| | | | | Stk Div Rev | | 2.38 |
| | | | | MEDICAL | 22.03 | 947.29 |
| | | | | HSE | | 471.15 |
| | | | | HSE | 99.47 | 3,633.05 |
| | | | | PAI | 1.33 | 57.19 |
| | | | | H&W Arrears | | 22.03 |
| | | | | PAI Arrears | | 1.33 |
| | | | | 401K NU % | 272.13 | 13,572.42 |
| | | | | Depend. Life | 1.89 | 81.27 |
| | | | | LTD | 5.17 | 220.00 |
| | | | | VOL. LIFE | | 182.55 |
| | | | | Grp Legal | 3.43 | 147.49 |
| | | | | Dep Life Arr | | 1.89 |
| | | | | LTD Arrears | | 5.10 |
| | | | | Vol. Life Ar | | 5.87 |
| | | | | Grp Legal Ar | | 3.43 |

FILING STATUS: M   EXEMPTIONS:   FEDERAL   STATE

**CHERYL A. DELGADO**           Advice #: 8929826
TOTAL GROSS    2,267.75     Emp #   315353
DEDUCTIONS      839.48
NET PAY       1,428.27

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT HAS A BLUE BACKGROUND ON WHITE PAPER ON FACE AND A THERMOCHROMIC INK MARK ON BACK THAT RESPONDS TO WARMTH - VOID IF NOT PRESENT

**Ralphs**

DEPOSITED TO:                                                  ADVICE NO.  8929826
                                                               DATE        11/05/10

| Transit# | Bank Name | Deposit Date | Deposit Amount |
|---|---|---|---|
| 322271627 | Washington Mutual, California | 11/05/10 | 1,203.27 |
| 322078998 | Clearpath FCU, CA | 11/05/10 | 225.00 |

Total Deposit  $  1,428.27

Employee #   315353

**** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

CHERYL A. DELGADO
234 ANDRE ST
MONROVIA CA
      91016

**THIS IS NOT A CHECK**

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

**Ralphs**

Pay Period From 11/01/10 To 11/07/10    Pay Date: 11/12/10

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 58.7500 | 2,350.00 | ---Gross---- | 2,358.81 | 115,464.85 |
| 1.5 Overtime | .10 | 88.1250 | 8.81 | Federal Tax | 296.70 | 14,903.77 |
| GTL Prem | | | 4.64 | Soc Sec W/H | | 6,621.60 |
| | | | | Medicare W/H | 32.49 | 1,608.70 |
| | | | | CA Calif Sta | 112.72 | 5,614.41 |
| | | | | CA Calif SDI | | 1,026.48 |
| | | | | Stk Div Rev | | 2.38 |
| | | | | MEDICAL | 22.03 | 969.32 |
| | | | | HSE | | 471.15 |
| | | | | HSE | 99.47 | 3,732.52 |
| | | | | PAI | 1.33 | 58.52 |
| | | | | H&W Arrears | | 22.03 |
| | | | | PAI Arrears | | 1.33 |
| | | | | 401K NU % | 283.06 | 13,855.48 |
| | | | | Depend. Life | 1.89 | 83.16 |
| | | | | LTD | 5.17 | 225.17 |
| | | | | VOL. LIFE | | 187.23 |
| | | | | Grp Legal | 3.43 | 150.92 |
| | | | | Dep Life Arr | | 1.89 |
| | | | | LTD Arrears | | 5.10 |
| | | | | Vol. Life Ar | | 5.87 |
| | | | | Grp Legal Ar | | 3.43 |

FILING STATUS: M    EXEMPTIONS:    FEDERAL    STATE

**CHERYL A. DELGADO**    Advice #: 9011791
TOTAL GROSS    2,358.81    Emp.#    315353
DEDUCTIONS    862.97
NET PAY    1,495.84

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT HAS A BLUE BACKGROUND ON WHITE PAPER ON FACE AND A THERMOCHROMIC INK MARK ON BACK THAT RESPONDS TO WARMTH - VOID IF NOT PRESENT

**Ralphs**

DEPOSITED TO:    ADVICE NO.    9011791
    DATE    11/12/10

| Transit# | Bank Name | Deposit Date | Deposit Amount |
|---|---|---|---|
| 322271627 | Washington Mutual, California | 11/12/10 | 1,270.84 |
| 322078998 | Clearpath FCU, CA | 11/12/10 | 225.00 |

Total Deposit  $  1,495.84

Employee #    315353

**** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

CHERYL A. DELGADO
234 ANDRE ST.
MONROVIA CA
91016

**THIS IS NOT A CHECK**

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE

**Ralphs**

Pay Period From 11/08/10 To 11/14/10          Pay Date: 11/19/10

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 32.00 | 58.7500 | 1,880.00 | ---Gross---- | 2,350.00 | 117,814.85 |
| Personal Hol | 8.00 | 58.7500 | 470.00 | Federal Tax | 294.60 | 15,198.37 |
| GTL Prem | | | 4.64 | Soc Sec W/H | | 6,621.60 |
| | | | | Medicare W/H | 32.36 | 1,641.06 |
| | | | | CA Calif Sta | 111.91 | 5,716.32 |
| | | | | CA Calif SDI | | 1,016.48 |
| | | | | Stk Div Rev | | 2.38 |
| | | | | MEDICAL | 22.03 | 991.35 |
| | | | | HSE | | 471.15 |
| | | | | HSE | 99.47 | 3,811.99 |
| | | | | PAI | 1.33 | 59.85 |
| | | | | H&W Arrears | | 22.03 |
| | | | | PAI Arrears | | 1.33 |
| | | | | 401K NU % | 282.00 | 14,137.48 |
| | | | | Depend. Life | 1.89 | 45.05 |
| | | | | LTD | 5.17 | 210.34 |
| | | | | VOL. LIFE | | 131.91 |
| | | | | Grp Legal | 3.43 | 134.35 |
| | | | | Dep Life Arr | | 1.89 |
| | | | | LTD Arrears | | 5.10 |
| | | | | Vol. Life Ar | | 5.87 |
| | | | | Grp Legal Ar | | 3.43 |

FILING STATUS: M   EXEMPTIONS:   FEDERAL       STATE

**CHERYL A. DELGADO**           Advice #: 9086419
TOTAL GROSS    2,350.00      Emp.#    315353
DEDUCTIONS       858.87
NET PAY        1,491.13

---

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT HAS A BLUE BACKGROUND ON WHITE PAPER ON FACE AND A THERMOCHROMIC INK MARK ON BACK THAT RESPONDS TO WARMTH - VOID IF NOT PRESENT

**Ralphs**
DEPOSITED TO:

| Transit# | Bank Name | Deposit Date | Deposit Amount |
|---|---|---|---|
| 322271627 | Washington Mutual, California | 11/19/10 | 1,266.13 |
| 322078998 | Clearpath FCU, CA | 11/19/10 | 225.00 |

ADVICE NO.   9086419
DATE         11/19/10

Total Deposit  $   1,491.13

Employee #   315353

**** AUTO DEPOSIT - NOT NEGOTIABLE **** AUTO DEPOSIT - NOT NEGOTIABLE ****

CHERYL A. DELGADO
234 ANDRE ST
MONROVIA CA
  91016

**THIS IS NOT A CHECK**

A SATISFIED CUSTOMER MADE THIS PAYCHECK POSSIBLE