Carl A. Lux (State Bar No. 192963)
2135 Santa Anita Avenue
Altadena, CA 91001
Telephone: (888) 882-5610
Facsimile: (888) 730-8950

Attorney for Debtor

**FILED & ENTERED**

FEB 24 2011

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY wesley    DEPUTY CLERK**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION  <span style="color:red">CHANGES MADE BY COURT</span>

| | |
|---|---|
| In Re:<br><br>ARMANDO FRANCICO DELGARDO, JR.<br><br><br>Debtor | Case No.: 2:10-BK-63810-BB<br><br>Chapter 7<br><br>**ORDER DENYING DEBTOR'S EX PARTE MOTION TO CONTINUE THE MEETING OF CREDITORS SCHEDULED FOR FEBRUARY 24, 2011 AT 2:30 PM** |

On February 18, 2011, debtor filed a motion for continuance of the meeting of creditors and appearance of the debtor scheduled for February 24, 2011 at 2:30 p.m. (the "Motion). The Court having reviewed the Motion, and having found that decisions concerning the scheduling of meetings of creditors under section 341(a) of the

Bankruptcy Code are within the discretion of the Office of the United States Trustee and matters in which the Court does not become involved, and other good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is denied.

###

DATED: February 24, 2011

United States Bankruptcy Judge

## PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2135 Santa Anita Avenue, Altadena, CA 91001. A true and correct copy of the foregoing document described as Order on Debtor's Motion for Continuance will be served on the judge in chambers in the form and manner required by LBR 5005-2(d); and in the manner indicated below:

Pursuant to controlling General Order and Local Bankruptcy Rule the foregoing document will be served by the court via NEF and hyperlink to the document. On February 18, 2011, I checked the CM/ECF docket for this bankruptcy court case proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address indicated below:

Richard K. Diamond
Trustee
mailto:jvidaurri@dgk.com

U.S. Trustee
mailto:ustpregion16.la.ecf@usdoj.gov

Dated: February 18, 2011          /s/     Carl A. Lux

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: admin                  Page 1 of 1                   Date Rcvd: Feb 24, 2011
Case: 10-63810                 Form ID: pdf031              Total Noticed: 1

The following entities were noticed by first class mail on Feb 26, 2011.
db           +Armando Francico Delgado, Jr.,   234 Andre St,   Monrovia, CA 91016-5018

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2011**             **Signature:** *Joseph Speetjens*